## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | DOCKET NO. 14-4086 |
| | ) | |
| LARRY BOLLINGER, | ) | |
| Defendant-Appellant. | ) | |

_____

### SECOND MOTION FOR ENLARGEMENT OF TIME FOR FILING BRIEF

NOW COMES the Appellant Larry Bollinger, by and through the undersigned Counsel, moves the court to enlarge the time for filing the Appellant's Brief in this matter by 30 days. In support of this motion, Appellant offers the following:

(1) Counsel for Appellant has been working on the brief but needs additional time to complete it. Counsel is also having to leave town today for the remainder of the week to attend to a personal matter that arose over the weekend.

(2) The Government does not oppose this Motion.

WHEREFORE, Appellant Bollinger requests that the time for filing his opening brief be enlarged for an additional 30 days.

Respectfully submitted, this the 27th day of May, 2014.

_____

s/ANTHONY G. SCHEER
NC Bar # 19257
Attorney for the Defendant
Rawls, Scheer, Foster, Mingo & Culp, PLLC
1011 East Morehead Street, Suite 300
Charlotte, North Carolina 28204
704-376-3200 (office)
704-332-2716 (fax)
tscheer@rsfmlaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

AUSA Amy Ray
amy.ray@usdoj.gov

This the 27th day of May, 2014.

_____
s/ANTHONY G. SCHEER
NC Bar # 19257
Attorney for the Defendant
Rawls, Scheer, Foster, Mingo & Culp, PLLC
1011 East Morehead Street, Suite 300
Charlotte, North Carolina 28204
704-376-3200 (office)
704-332-2716 (fax)
tscheer@rsfmlaw.com