IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|     Plaintiff-Appellee,      ) | |
| ) | |
| vs.      ) | DOCKET NO. 14-4086 |
| ) | |
| LARRY BOLLINGER,      ) | |
|     Defendant-Appellant.      ) | |

_____

## THIRD MOTION FOR ENLARGEMENT OF TIME FOR FILING BRIEF

NOW COMES the Appellant Larry Bollinger, by and through the undersigned Counsel, moves the court to enlarge the time for filing the Appellant's Brief in this matter by 7 days. In support of this motion, Appellant offers the following:

(1) Appellant is represented by two lawyers on this brief who are coordinating its drafting "long-distance." Though a 1st draft is complete and Counsel are working diligently to finalize it, a few additional days are needed. It is a complex and lengthy document. Once finished, the printing company in Richmond will need approximately 2 days to assemble and file it.

(2) The Government does not oppose this Motion.

WHEREFORE, Appellant Bollinger requests that the time for filing his opening brief be enlarged for an additional 7 days.

Respectfully submitted, this the 27th day of June, 2014.

_____
s/ANTHONY G. SCHEER
NC Bar # 19257
Attorney for the Defendant
Rawls, Scheer, Foster, Mingo & Culp, PLLC
1011 East Morehead Street, Suite 300
Charlotte, North Carolina 28204
704-376-3200 (office)
704-332-2716 (fax)
tscheer@rsfmlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

AUSA Amy Ray
amy.ray@usdoj.gov

This the 27th day of June, 2014.

_____
s/ANTHONY G. SCHEER
NC Bar # 19257
Attorney for the Defendant
Rawls, Scheer, Foster, Mingo & Culp, PLLC
1011 East Morehead Street, Suite 300
Charlotte, North Carolina 28204
704-376-3200 (office)
704-332-2716 (fax)
tscheer@rsfmlaw.com