# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 23, 2015

No. 14-4086,   US v. Larry Bollinger
              3:12-cr-00173-RJC-1

TO:   Anthony Glen Scheer
      Anthony J. Colangelo

**FORM DUE:** 12/22/2015

Rehearing having been denied in this case, please file the **Certiorari Status Form** (form available at this link) by the due date shown above.

Lisa McFarland, Deputy Clerk
804-916-2744