# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 16, 2015

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Larry Michael Bollinger
           v. United States
           No. 15-776
           (Your No. 14-4086)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 14, 2015 and placed on the docket December 16, 2015 as No. 15-776.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst